DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. MAG 07-394-EFB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY |
| v. | ) | EXAMINATION AND EXCLUDE TIME |
| VALERIE HARRIS, | ) | Date: January 31, 2008 |
|  | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Gregory G. Hollows |

The parties agree that time beginning January 7, 2008 and extending through January 31, 2008 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until January 31, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation. The parties stipulate that this interest of justice outweighs the interest of

the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until January 31, 2008, or such time as either party may request a hearing for a purpose other than preliminary examination.

DATE: January 2, 2008            Respectfully Submitted,

                                 DANIEL BRODERICK
                                 Federal Defender


                                 /s/ Dennis S. Waks
                                 Dennis S. Waks
                                 Supervising Assistant Federal
                                 Defender


DATE: January 2, 2008            McGREGOR W. SCOTT
                                 United States Attorney

                           By:   /s/ Michelle Rodriguez
                                 MICHELLE RODRIGUEZ
                                 Assistant U.S. Attorney

**SO ORDERED.**

DATE: 1/7/08                     /s/ Gregory G. Hollows

                                 HON. GREGORY G. HOLLOWS
                                 U.S. Magistrate Judge

harris.ord